# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
JERRY HILL

**DEFENDANTS**
CHICAGO POLICE OFFICERS DANIEL RESCHKE, Star No. 17201, JOSE ROMERO, Star No. 12304, THANASENARIS, Star No.. 6124 AND DETRICK Star No. 3382, Individually and as

**(b)** County of Residence of First Listed Plaintiff  COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
LAW OFFICES of JEFFREY J. NESLUND
150 N. WACKER DR., SUITE 2460
CHICAGO, IL 60606

Attorneys (If Known)

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
42 U.S.C. Sec. 1983 Excessive Force/False Arrest

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 6-6-08
SIGNATURE OF ATTORNEY OF RECORD: /s/ Jeff Neslund