UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY HILL, | ) | |
| | ) | Case No. 08 C 3300 |
| Plaintiff, | ) | Judge Hart |
| | ) | |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| CHICAGO POLICE OFFICERS DANIEL RESCHKE, STAR NO. 17201, JOSE ROMERO, STAR NO. 12304, THANASENARIS, STAR No. 6124, and DETRICK, STAR No. 3382, Individually and as employees/agents of the CITY of CHICAGO, a municipal corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF AGREED MOTION**

TO: Jeffrey Neslund
Law Offices of Jeffrey Neslund
150 N. Wacker Dr., Suite 2460
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which is herewith served upon you.

**PLEASE TAKE NOTICE** that on August 27th, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable William T. Hart, or whomever shall be sitting in his stead, in Room 2243 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, 60604, I will then and there present the attached **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD.**

DATED at Chicago, Illinois this 18th day of August, 2008.

Respectfully submitted,

*/s/ Thomas H. Freitag*
THOMAS H. FREITAG
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 742-7391
Atty. No. 6272245

1

## CERTIFICATE OF SERVICE

The undersigned attorney, being first duly sworn upon oath, deposes and states that a copy of the foregoing **NOTICE OF AGREED MOTION** and **DEFENDANTS AGREED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the above-named at the above addresses by U.S. Mail on the 18th day of August, 2008, unless the respective party has otherwise received official notice via the Court's e-filing system.

/s/ *Thomas H. Freitag*
THOMAS H. FREITAG
Asst. Corporation Counsel